AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  8:25-mj-1269-NHA |
| Emilio Ernesto Quesada Marroqin | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

*RCVD USMS M/FL TAMPA 2025 FEB 11 AM10:50*

## ARREST WARRANT

FEB 21 2025 PM 12:50
FILED - USDC - FLMD - TPA

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Emilio Ernesto Quesada Marroqin                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Traffic Cocaine on a Vessel Subject to the Jurisdiction of the United States.

In Violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

Date:  February 11, 2025                              *Natalie Hirt Adams*
                                                     *Issuing officer's signature*

City and state:    Tampa, Florida                    Natalie Hirt Adams, United States Magistrate Judge
                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)*  2/11/25  , and the person was arrested on *(date)*  2/13/25
at *(city and state)*  San Diego CA        .

Date:  2/20/25                                       *Arresting officer's signature*

                                                     DUSM  D. Aguilar
                                                     *Printed name and title*